FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN 10 2015

CLERK_____
SO. DIST OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAUREN E. MCGAUGHEY &       )
ALAN S. RUBIN AS GUARDIAN OF )
ZACHARY MCGAUGHEY           )
                            )
    Plaintiffs              )
                            )        CIVIL ACTION FILE NO.
                            )
v.                          )        4:15-cv-00142-WTM-GRS
                            )
LINCOLN FINANCIAL GROUP     )
& LINCOLN NATIONAL LIFE     )
INSURANCE COMPANY           )
                            )
    Defendants              )

## CONSENT ORDER DROPPING LINCOLN FINANCIAL GROUP AS A PARTY

Plaintiffs and defendant THE LINCOLN NATIONAL LIFE INSURANCE

COMPANY have advised the Court that they consent to the dropping of Lincoln

Financial Group, a non-entity, as a party to this action, without the necessity of

further amendment to the Complaint. Based on the foregoing, it is ORDERED that

Lincoln Financial Group is hereby dropped as a party to this action pursuant to

Fed. R. Civ. P. 21. References in the Complaint to "Defendants" shall be deemed

references to defendant The Lincoln National Life Insurance Company.

This _10TH_ day of _June_, 2015.

G. R. SMITH
United States Magistrate Judge