IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAUREN E. MCGAUGHEY and ALAN )
S. RUBIN, as Guardians of )
Zachary McGaughey, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV415-142
 )
LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 16.) On August 27, 2015, the parties filed a Joint Motion for Approval of Settlement. (Doc. 14.) Because Zachary McGaughey is a minor, the Court was required to approve any settlement of claims brought on his behalf. S.D. Ga. L.R. 17.1 (requiring representatives of minors to provide the Court with information concerning settlement and obtain Court approval). The Court approved the settlement on September 1, 2015. (Doc. 15.) As a result, the parties were granted permission to stipulate to the dismissal of this case according to the terms of the proposed settlement agreement.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by

filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of October 2015.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA